# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNIQUE PRODUCT SOLUTIONS, LTD., | ) | Case No. 5:10-CV-1912 |
| | ) | |
| Plaintiff, | ) | Judge Dan Aaron Polster |
| | ) | |
| vs. | ) | **JUDGEMENT ENTRY** |
| | ) | |
| HY-GRADE VALVE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

For the reasons stated in the Memorandum Opinion filed contemporaneously with this Judgment Entry, **IT IS HEREBY ORDERED, ADJUDGED and DECREED** that this case is **DISMISSED WITH PREJUDICE**.

      **IT IS SO ORDERED.**

      */s/Dan Aaron Polster   March 14 , 2011*
      **Dan Aaron Polster**
      **United States District Judge**